UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

ALVIN RAY COOPER, et al.,

    Plaintiffs,

v.                                      No. 5:24-CV-278-H

REON RAISSEZ, et al.,

    Defendants.

## ORDER

The United States Magistrate Judge Amanda 'Amy' R. Burch made Findings, Conclusions, and a Recommendation (FCR) on September 19, 2025. Dkt. No. 20. Judge Burch liberally construed the plaintiffs' motion for a protective order (Dkt. No. 17) as one seeking a preliminary injunction and temporary restraining order (TRO) and recommended that the Court deny the requested relief. Dkt. No. 20 at 1. No objections were filed, and the plaintiff has taken no action in this case since July 29, 2025. *See* Dkt. No. 19.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. The plaintiffs' motion for a protective order, construed as a motion for a preliminary injunction and TRO (Dkt. No. 17), is denied without prejudice.

So ordered on October 7, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE